Jerome C. WEBB, Appellant,

v.

STATE of Missouri, Respondent.

WD 41010.

Missouri Court of Appeals,
Western District.

May 16, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1989.

Application to Transfer Denied
Aug. 1, 1989.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief after a hearing.

Affirmed. Rule 84.16(b).

Kenneth O. McCutcheon, Jr., Versailles, for intervenors-appellants.

Michael L. McDorman, Versailles, for Michael Fulton.

Gary William Smith, Sedalia, for Barbara Fulton.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.